# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>WAGONER COUNTY REAL PROPERTY )<br>PARCEL #730002686, LOCATED AT )<br>28594 E. 750 RD., WAGONER, )<br>OKLAHOMA; FOUR OTHER TRACTS )<br>OF REAL PROPERTY IN WAGONER, )<br>OKLAHOMA; and A 2006 HUMMER H3; )<br>)<br>*Defendants*. ) | Case No. CIV-09-284-FHS |

## ORDER ALLOWING THE UNITED STATES
## TO ABANDON AND DISMISS ITS CLAIM TO TRACT 3

This matter comes on for consideration of Plaintiff's motion for an order authorizing the United States to abandon its claim to the following property listed in the Complaint, Writ of Entry and Amended Writ of Entry as Tract 3, more fully described as follows:

> *Tract 3 - known as 28594 E. 750 Rd., Wagoner, OK 74467*
> *(parcel #730002763)*
> (Record Owners: A. W. Harris and Joy P. Harris, husband and wife)
> (Mortgage Holder: Arvest Bank, P.O. Box 3007, Tulsa, OK 74101-3007)
> The NE4 of the NW4 of the NW4 of the NE4 of Section 27,
> Township 17 North, Range 18 East, Wagoner County, State
> of Oklahoma.

The Court finds and concludes, based upon the representations contained the Plaintiff's motion, that there is good cause for the United States to abandon and dismiss

Tract 3, that the United States should be granted leave to abandon its claim to said property and that such property has not been and will not be forfeited to the United States.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the seizing agency shall release any claim to Tract 3, including any lis pendens filed regarding such property, and Tract 3 is hereby dismissed from this case.

Dated this 6th day of October, 2009.

Frank H. Seay
United States District Judge